RE REINSTATEMENT OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2022 OK 43
Decided: 05/02/2022
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2022 OK 43, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

 

 

RE: Reinstatement of Certificates of Certified Shorthand Reporters

ORDER

The Oklahoma Board of Examiners of Certified Shorthand Reporters recommended to the Supreme Court of Oklahoma that the certificate of each of the Oklahoma Certified Shorthand Reporters named below be reinstated as they have complied with the continuing education requirements for 2021 and annual certificate renewal requirements for 2022 and have paid all applicable fees.

IT IS HEREBY ORDERED pursuant to 20 O.S., Chapter 20, App. l, Rules 20 and 23, the certificates of the following shorthand reporters are reinstated from the suspension earlier imposed by this Court:

 

 
 
 
 Name
 
 
 CSR #
 
 
 Effective Date of Reinstatement
 
 
 
 
 Kortney Houts
 Monique McAllister
 Kimberly Morris
 
 
 1804
 1962
 1470
 
 
 March 31, 2022
 April 13, 2022
 April 13, 2022
 
 
 

 

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 2ND day of MAY, 2022.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.